# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MURIEL BECK | : | |
| | : | CIVIL ACTION NO.: 2:17-cv-04300 |
| Plaintiff, | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| CNO FINANCIAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## STIPULATION

AND NOW this 10th day of January, 2018, it is hereby STIPULATED and AGREED, by and between all parties, by and through their undersigned counsel, that Plaintiff's deadline to respond/amend to Defendants CNO Financial Group, Inc. and David Putnam's Motion to Dismiss is enlarged to expire Friday, February 2, 2018.

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
PA. Bar No.: 85570
WEISBERG LAW
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801
mweisberg@weisberglawoffices.com
*Attorney for Plaintiff*

*/s/ Denise M. Maher*
Denise M. Maher, Esquire
PA. Bar No.: 306846
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street – Suite 1400
Philadelphia, PA 19102-1321
(267) 402-3067
DMaher@littler.com
*Attorney for Defendants*

**AND IT IS SO ORDERED.**

_____,J.