IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MURIEL BECK, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CNO FINANCIAL GROUP, INC., et al., | : | No. 17-4300 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **14th** day of **June**, **2018**, upon consideration of Defendants' Motion to Dismiss and Plaintiff's response thereto, and for the reasons stated in the Court's Memorandum dated June 14, 2018, it is hereby **ORDERED** that the motion (Document No. 17) is **DENIED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**